**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**Warren Easterling,**

   *Plaintiff,*

**v.**                **Case No. 3:16-cv-375
Judge Thomas M. Rose
Mag. Judge Michael J. Newman**

**Jefferson B. Sessions,**

   *Defendants.*

---

**ENTRY AND ORDER OVERRULING PLAINTIFF'S OBJECTION, DOC. 20, ADOPTING REPORT AND RECOMMENDATION, DOC. 19, GRANTING DEFENDANT'S MOTION TO DISMISS, DOC. 12, AND TERMINATING CASE.**

---

  This matter comes before the Court pursuant to Objections (Doc. 20) to the Report and Recommendations of Magistrate Judge Michael J. Newman (Doc. 19) recommending that Defendant's Motion to Dismiss (Doc. 12) be granted; and this case be terminated on the Court's docket.

  The Court has reviewed the findings of the Magistrate Judge and, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case. Upon consideration of the foregoing, the Court finds the Objections (Doc. 20) are not well-taken and, for the reasons stated in Magistrate Judge Newman's Report and Recommendation, are hereby **OVERRULED**.

  Wherefore, the instant case is **TERMINATED** on the docket of the United States District Court for the Southern District of Ohio, Western District at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, on Tuesday, August 29, 2017.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE